UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ADAM GOBER,

    Plaintiff,

v.

JOHN NIMAN, et al.,

    Defendants.

Case No. 3:20-cv-00581-MMD-CLB

**ORDER**

**I.    DISCUSSION**

On October 12, 2020, Plaintiff, an inmate in the custody of the Nevada Department of Corrections ("NDOC"), submitted a civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1-1). Plaintiff has neither paid the full $400 filing fee for this matter nor filed an application to proceed *in forma pauperis* with complete financial attachments.

Under 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, an inmate seeking to begin a civil action in this Court may apply to proceed *in forma pauperis* in order to file the civil action without prepaying the full $400 filing fee. To apply for *in forma pauperis* status, the inmate must submit <u>all three</u> of the following documents to the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

The Court will grant Plaintiff a **one-time** opportunity to file a fully complete application to proceed *in forma pauperis* containing <u>all three</u> of the required documents, or in the alternative, pay the full $400 filing fee for this action on or before **November 30, 2020**. Absent unusual circumstances, the Court will <u>not</u> grant any further extensions of time. If Plaintiff is unable to file a fully complete application to proceed *in forma pauperis*

with all three required documents or pay the full $400 filing fee on or before **November 30, 2020**, the Court will dismiss this case without prejudice for Plaintiff to file a new case with the Court when Plaintiff is either able to acquire all three of the documents needed to file a fully complete application to proceed *in forma pauperis* or pays the full $400 filing fee.

A dismissal without prejudice means Plaintiff does not give up the right to refile the case with the Court, under a new case number, when Plaintiff has all three documents needed to submit with an application to proceed *in forma pauperis*. Alternatively, Plaintiff may choose not to file an application to proceed *in forma pauperis* and instead pay the full filing fee of $400 on or before **November 30, 2020** to proceed with this case.

The Court will retain Plaintiff's civil rights complaint (ECF No. 1-1), but the Court will not file the complaint unless and until Plaintiff timely files a fully complete application to proceed *in forma pauperis* with all three documents or pays the full $400 filing fee.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by an inmate, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that on or before **November 30, 2020**, Plaintiff will either pay the full $400 filing fee for a civil action (which includes the $350 filing fee and the $50 administrative fee) or file with the Court:

(1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, this Court's approved form (i.e. pages 1 through 3 with the inmate's two signatures on page 3),

(2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (i.e. page 4 of this Court's approved form), and

(3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

1  IT IS FURTHER ORDERED that, if Plaintiff does not file a fully complete
2  application to proceed *in forma pauperis* with all three documents or pay the full $400
3  filing fee for a civil action on or before **November 30, 2020**, the Court will dismiss this
4  action <u>without prejudice</u> for Plaintiff to refile the case with the Court, under a new case
5  number, when Plaintiff has all three documents needed to file a complete application to
6  proceed *in forma pauperis* or pays the full $400 filing fee.
7  IT IS FURTHER ORDERED that the Clerk of the Court will retain the complaint
8  (ECF No. 1-1) but will not file it at this time.
9  DATED: October 19, 2020

_____
UNITED STATES MAGISTRATE JUDGE